IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH V., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| MARTIN O'MALLEY, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 22-2168 |

# ORDER

**AND NOW**, this 24th day of June 2024, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's motion for summary judgment (Document No. 8) is **DENIED**.

BY THE COURT:

 /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge